148 A.3d 750

JANE FEIGENBAUM, PETITIONER-PETITIONER v. BOARD OF TRUSTEES OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM, RESPONDENT-RESPONDENT.

Filed July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005519-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

148 A.3d 751

YONG CHUL SON, PLAINTIFF-PETITIONER, v. THOMAS G. LYNCH, ESQ., DEFENDANT.

FILED July 26, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005087-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.